B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/07)    Case Number **09–37830–hdh7**

| UNITED STATES BANKRUPTCY COURT Northern District of Texas |
|---|

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/17/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
CDRS, LLC
2300 Valley View
Irving, TX 75062

| Case Number:<br>09–37830–hdh7 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>20–2104826 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Hirtzan Joseph Acosta<br>Looper Reed & McGraw P.C.<br>1601 Elm Street<br>Suite 4100<br>Dallas, TX 75201<br>Telephone number: 214–954–4135 | Bankruptcy Trustee (name and address):<br>Robert Yaquinto Jr.<br>509 N. Montclair<br>Dallas, TX 75208<br>Telephone number: (214)942–5502 |

## Meeting of Creditors

Date: **December 21, 2009**    Time: **08:30 AM**
Location: **Office of the U.S. Trustee, 1100 Commerce St., Rm 524, Dallas, TX 75242**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242<br>Telephone number: 214–753–2000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Tawana C. Marshall |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 11/18/09 |

**EXPLANATIONS**     **B9B (Official Form 9B) (12/07)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The U.S. Trustee has appointed the trustee in this case as the Interim Trustee and shall serve under a blanket bond. The trustee may abandon property at the meeting of creditors. If the gross value of all nonexempt property of the estate is less than $2,500, the trustee may sell such property without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Refer to Other Side for Important Deadlines and Notices | |

# CERTIFICATE OF NOTICE

```
District/off: 0539-3           User: swhitaker             Page 1 of 2                  Date Rcvd: Nov 18, 2009
Case: 09-37830                 Form ID: b9b                Total Noticed: 72

The following entities were noticed by first class mail on Nov 20, 2009.
db          +CDRS, LLC,   2300 Valley View,   Irving, TX 75062-1721
aty         +Hirtzan Joseph Acosta,   Looper Reed & McGraw P.C.,   1601 Elm Street,   Suite 4100,
              Dallas, TX 75201-4700
tr          +Robert Yaquinto, Jr.,   509 N. Montclair,   Dallas, TX 75208-5450
12814841    +Amber Wynne,   4808 North Maplewood,   Muncie, IN 47304-1154
12814842    +Amy Hildreth,   135 Kingsboro Ave., Apt. 2,   Gloversville, NY 12078-2237
12814843    +Andrew Fornier,   2111 Lawry Run Drive, #104,   Charlotte, NC 28273-3496
12814844    +Brian Cunningham,   c/o Brian P. Sanford, Esq.,   Sanford Bethune,   3610 Shire Blvd., # 2069,
              Richardson, TX 75082-2241
12814845    +Brian Stahlmann,   304 Willowsprings Rd.,   Stanford, KY 40484-8509
12814846    +Carl Negley,   6016 Sutherland Drive,   Tyler, TX 75703-4651
12814847    +Christine Smith,   20202 Ray Rd.,   Buckeye, AZ 85326-4324
12814848     Christopher R. Cramm,   c/o Keith A. Clouse, Esq.,   Clouse Dunn Khoshbin LLP,
              1201 Elm Street, Suite 5200,   Dallas, TX 75270-2142
12814849    +Delores Johnson,   503 24th Avenue,   Bellwood, IL 60104-1653
12814850    +DocuSign, Inc.,   701 5th Ave., Suite 4500,   Seattle, WA 98104-7086
12814851    +Edgewater Corporate Park,   343 East 500 South,   Salt Lake City, UT 84111-3315
12814852    +Gabriel Glass,   323 Casterline Dr.,   Albany, IN 47320-1203
12814853    +Gina Lembeck,   7002 Mather Ave.,   Gillette, WY 82718-7452
12814854    +James Akin,   c/o Brian P. Sanford,   Sanford Bethune,   3610 Shire Blvd., #206,
              Richardson, TX 75082-2244
12814855    +James Caulk,   2008 Flat Creek Pl.,   Richardson, TX 75080-2318
12814856    +James Caulk, Jr.,   2008 Flat Creek Pl.,   Richardson, TX 75080-2318
12814857    +Jennifer Nelson,   1017 Darlington Oak Drive,   Niceville, FL 32578-3623
12814858    +Joan M. Enering and Robert Enering,   c/o Jane M. Stack, Esq.,   8 Linda Drive,
              Suffern, NY 10901-3004
12814859     Justin D. Bigelow,   Consumer Services Division,   Attorney General  State of Minnesota,
              445 Minnesota St., Suite 1400,   Saint Paul, MN 55101-2131
12814860    +Kathy Brasher,   9575 Cresent Oaks Dr.,   Malakoff, TX 75148-6921
12814861    +Kathy Moczulewski,   6119 West Rosedale,   Chicago, IL 60646-5311
12814862    +Ken Johnson,   9880 SW McDonald St.,   Tigard, OR 97224-4921
12814863    +Leonidas Argyropoulos,   89 Richmond Road,   Assonet, MA 02702-1903
12814864    +Logix Communications,   P. O. Box 3608,   Houston, TX 77253-3608
12814865    +Lonny Tutko,   P. O. Box 83720,   Boise, ID 83720-0003
12814866    +Lottie Jenkins,   P. O. Box 56,   Ulm, AR 72170-0056
12814867     Mark Baker,   6028 E. 9160 North Rd., #46,   Manteno, IL 60950
12814868    +Matthew Harris,   825 S. River Dr.,   Tempe, AZ 85281-4669
12814869    +Matthew Simpson,   201 Chadwick Dr.,   Vicksburg, MS 39183-8411
12814870    +Melissa Eberly,   2810 Benson Road, Apt. 3,   Finksburg, MD 21048-2270
12814871    +Mi-Tel Leasing,   c/o John L. Gardner,   9301 SW Fwy. 225,   Houston, TX 77074-1586
12814872    +Mi-Tel Net Solutions,   9301 SW Fwy 225,   Houston, TX 77074-1586
12814873    +Michael Rowe,   308 Walnut Valley Rd.,   Clinton, TN 37716-6210
12814874    +Michelle Bowen,   5522 Holley Street,   Milton, FL 32583-5590
12814875    +Michelle Corrigan,   72 Pembroke Ave.,   Acushnet, MA 02743-2353
12814876    +Micro Works,   6955 S. Union Park Ave., Suite 220,   Midvale, UT 84047-6011
12814877    +Misti and John Patton,   1114 Bolivar,   Denton, TX 76201-2924
12814878     Mitel Netsolutions,   P. O. Box 53230,   Phoenix, AZ 85072-3230
12814879    +Olga Bucio,   11 N. Lakewood Court,   South Elgin, IL 60177-2826
12814880    +Overlook LLC,   c/o David Pratt,   Kane Russell Coleman & Logan, P.C.,   1601 Elm St., Suite 3700,
              Dallas, TX 75201-7207
12814881    +Patricia Platt,   204 West 62nd St., Apt. 102,   Minneapolis, MN 55419-2344
12814882    +Patrick Pipe,   P. O. Box 112,   Poplar, MT 59255-0112
12814883    +Paychex,   Corporate Headquarters,   911 Panorama Trail S.,   Rochester, NY 14625-2311
12814884    +Plaintiffs in action, Cynthia Cook, et al.,   c/o James W. Hurt, Jr.,
              Winburn Lewis & Stolz, LLP,   279 Meigs Street,   Athens, GA 30601-2427
12814885    +Raven Spurlin,   348 Portage Rd.,   Malvern, AR 72104-8673
12814886    +Richard Barbaro,   7 Fairway Dr., #19,   Derry, NH 03038-8112
12814887    +Robert Till,   2200 Uecker Dr., #2104,   Lewisville, TX 75067-7875
12814888    +Ryan Roy,   c/o Brian P. Sanford,   Sanford Bethune,   3610 Shire Blvd., #206,
              Richardson, TX 75082-2244
12814889    +Sade Hill,   2544 Campostella Rd.,   Chesapeake, VA 23324-3931
12814890    +Sandra Larson,   4059 Banberry Lane,   Melbourne, FL 32935-2907
12814891    +Shane Smith,   2851 Red House Rd.,   Richmond, KY 40475-9330
12814892    +Shannon Gerondidakis,   20 Thomas Street,   Coram, NY 11727-3152
12814893     State of Minnesota,   Office of Attorney General,   445 Minnesota Street,   Suite 1400,
              Saint Paul, MN 55101-2131
12814894     State of West Virginia,   Office of Attorney General,   P. O. Box 1789,
              Charleston, WV 25326-1789
12814895    +Stephanie Esteves,   20100 Ferretti Road,   Groveland, CA 95321-9790
12814896    +Stephen DiGiovanna,   323 Center St., #110,   Little Rock, AR 72201-2609
12814897    +Straitshot Communications,   1771 Post Road East, #165,   Westport, CT 06880-5606
12814898    +Sylvia Hendryx,   1114 Reed St.,   Olean, NY 14760-2139
12814899    +Texas State Comptroller,   P. O. Box 149348,   Austin, TX 78714-9348
12814900    +Tina Stover,   350 Main St., Suite 300 A,   Buffalo, NY 14202-3750
12814901    +Tom Reid,   6119 France Ave. S.,   Edina, MN 55410-2753
12814902    +Transwestern (Overlook LLC),   1601 Bryan Street, 4th Floor,   Dallas, TX 75201-3430
12814903    +Vanco Services, LLC,   12600 Whitewater Drive, Suite 200,   Minnetonka, MN 55343-4594
12814904    +Victoria Wylie,   331 N. Colorado Place, Apt. 2,   Long Beach, CA 90814-0760
12814905    +Virginia Parker,   21833 E. Oxford Pl.,   Aurora, CO 80018-3091
12814906    +Wave Two, LLC,   1431 Greenway Dr., Suite 500,   Irving, TX 75038-2444
12814907    +William Gosiger,   445 Minnesota St., Suite 1400,   Saint Paul, MN 55101-2131
12814908    +William Swoyer,   700 North Road,   Fenton, MI 48430-1845
12814909    +Windham Professional,   Collector for PayChex,   382 Main St.,   Salem, NH 03079-2412
```

```
District/off: 0539-3         User: swhitaker          Page 2 of 2                  Date Rcvd: Nov 18, 2009
Case: 09-37830               Form ID: b9b             Total Noticed: 72
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Nov 18, 2009.
```
tr            +EDI: QRYAQUINTO.COM Nov 18 2009 17:53:00     Robert Yaquinto, Jr.,    509 N. Montclair,
                 Dallas, TX 75208-5450
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2009**                    **Signature:** *Joseph Speetjens*